UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 17-4053-DMG (Ex)**                                    Date  May 15, 2020

Title  *Arminda Sevilla v. Aarons, Inc., et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Shadie L. Berenji - tele | Michael A. Wahlander - tele |

**Proceedings: PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD [98]**

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [99]**

The cause is called and counsel state their appearance. The Court and counsel confer. The Court GRANTS the above-entitled motions for the reasons stated on the record. A written order will issue.

: 05