1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA SEVILLA, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>        Plaintiff,<br>                    v.<br><br>AARON'S, INC., a Georgia corporation, and DOES 1 through 30, inclusive;<br><br>        Defendant. | Case No. CV 17-4053-DMG (Ex)<br><br>**JUDGMENT** |

1  Having granted final approval of the Class Action Settlement and Release of
2  Claims between Plaintiff Arminda Sevilla and Defendant Aaron's, Inc.
3  (collectively the "Parties") in the above-entitled action, as set forth in the Court's
4  Order Granting Plaintiff's Unopposed Motion for Final Approval of Class Action
5  Settlement [Doc. #109];
6  This Court HEREBY ORDERS, ADJUDGES AND DECREES that
7  Judgment in this matter is entered in accordance with the Court's Order Granting
8  Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and
9  the Parties' Class Action Settlement and Release of Claims.

DATED: May 15, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE